# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

RUTILIO MENJIVAR MENJIVAR,

    Petitioner,

v.

    Case No. 09-13617
    Hon. Lawrence P. Zatkoff

JANET NAPOLITANO, Secretary, Department of
Homeland Security; JOHN MORTON, Director,
Immigration and Customs Enforcement; and
REBECCA ADDUCCI, Acting Director, Detroit
Immigration and Customs Enforcement,

    Respondents.

_____/

## ORDER

On October 2, 2009, the Court issued Petitioner an order to show cause, in which Petitioner was ordered to respond and establish this Court's jurisdiction over his petition. In lieu of a direct response to the Court's order, Petitioner has filed a "Motion to Dismiss" [dkt 4], wherein Petitioner advises the Court that the parties have resolved the issues in this matter, and he requests that the Court dismiss the case.

Accordingly, IT IS HEREBY ORDERED that the Court's order to show cause is WITHDRAWN; that Petitioner's motion to dismiss is GRANTED; and that this case is DISMISSED.

IT IS SO ORDERED.

    S/Lawrence P. Zatkoff
    LAWRENCE P. ZATKOFF
    UNITED STATES DISTRICT JUDGE

Dated: October 15, 2009

CERTIFICATE OF SERVICE

      The undersigned certifies that a copy of this Order was served upon the attorneys of record by electronic or U.S. mail on October 15, 2009.

                                        S/Marie E. Verlinde
                                        Case Manager
                                        (810) 984-3290